STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS
625 North First Street
San Jose, CA. 95112
(408) 292-0441

Attorneys For Petitioner
JEFFREY CUMMINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CUMMINS, | Case No. C-05-0999 MMC (PR) |
| Petitioner, | |
| v. | [PROPOSED] ORDER PERMITTING LATE FILING OF PETITIONER'S TRAVERSE TO RESPONDENT'S RETURN ON HABEAS CORPUS |
| ANTHONY KANE, Warden, et al., | |
| Respondent. | |

Petitioner, Jeffrey Cummins, having duly applied for relief from default and an extension of time to permit the late filing of his Traverse, and good cause appearing,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including June 19, 2006.

Dated: June 1, 2006

_____
UNITED STATES DISTRICT JUDGE

1